1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Dale H. Oliver (Bar No. 155467)
2  Michael E. Williams (Bar No. 181299)
   865 South Figueroa Street, 10th Floor
3  Los Angeles, California 90017-2543
   Telephone:  (213) 443-3000
4  Facsimile:  (213) 443-3100

5  Jennifer A. Kash (Bar No. 203679)
   50 California Street, 22nd Floor
6  San Francisco, California 94111
   Telephone: (415) 875-6600
7  Facsimile:  (415) 875-6700

8  Attorneys for Plaintiff
   DIRECTV, Inc.
9

10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                     SAN JOSE DIVISION
13                                          *-E-FILED - 5/10/05*

14 DIRECTV, INC., a California corporation,  )  CASE NO. CV. 03-2407 RMW (PVT)
                                             )
15                Plaintiff,                 )  STIPULATION AND [PROPOSED]
                                             )  PERMANENT INJUNCTION
16       v.                                  )
                                             )
17 MICHAEL LITTLE, and JOHN DOES 1-10        )  Court: The Honorable Ronald M. Whyte
                                             )
18                Defendants.                )
                                             )
19                                           )

08257/0614630.01

Pursuant to the terms of a confidential settlement agreement, the parties have stipulated to the entry of a Permanent Injunction. Therefore, it is hereby stipulated by and among the parties that the following Permanent Injunction be entered by the Court without further notice or process:

1. Defendant Michael Little, and any persons or entities controlled directly or indirectly by him, are hereby permanently enjoined and restrained from:

   (i) receiving or assisting others in receiving DIRECTV's satellite transmissions of television programming without authorization by and payment to DIRECTV;

   (ii) designing, manufacturing, assembling, modifying, importing, exporting, possessing, offering to the public, trafficking, distributing or selling any devices or equipment (including, by way of example, loaders, bootloaders, unloopers, emulators, programmers, reader/writers, or software or components therefor) designed or intended to facilitate the reception and decryption of DIRECTV's satellite transmissions of television programming by persons not authorized to receive such programming;

   (iii) advertising the sale of any devices or equipment (including, by way of example, loaders, bootloaders, unloopers, emulators, programmers, reader/writers, or software or components therefor) designed or intended to facilitate the reception and decryption of DIRECTV's satellite transmissions of television programming by persons not authorized to receive such programming, and advertising or providing information or technical services in support thereof; or

   (iv) reverse engineering or attempting to reverse engineer any of DIRECTV's products, services or technologies, including without

1 | limitation, the encryption and security controls for the DIRECTV satellite system.

2. The Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and/or enforce the provisions of this Permanent Injunction, notwithstanding any stipulated dismissal of this action filed by the parties.

3. Upon proof of any violation by Defendant Michael Little of the provisions of this Permanent Injunction, the Court shall be authorized to enter Judgment pursuant to the Consent Judgment executed by Michael Little pursuant to the terms of the parties' Settlement Agreement.

Dated: ~~March~~ May 3, 2005

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/ Michael E. Williams
Michael E. Williams
Attorneys for Plaintiff
DIRECTV, INC.

Dated: March 10, 2005

**MICHAEL LITTLE**

By: /s/ Michael Little
Michael Little

FOTOUHI EPPS HILLGER GILLROY LLP

By: /s/ Shahab Fotouhi
Shahab Fotouhi
Attorneys for Defendant
Michael Little

**ORDER**

IT IS SO ORDERED.

DATED: MAY 6, 2005

/S/ RONALD M. WHYTE
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

08257/0614630.01

3

STIPULATION AND [PROPOSED] PERMANENT INJUNCTION